| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SARIS, PATTI B. | 2. Court or Organization<br><br>U.S.D.C. MASSACHUSETTS | 3. Date of Report<br><br>04/05/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>J. J. MOAKLEY U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 8110<br>BOSTON, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #4 (See Part VIII) |
| 2. | CO-TRUSTEE | TRUST #5 |
| 3. | Director | Codman Academy Foundation Inc, Dorchester, MA |
| 4. | Director | Bottom Line Inc., Boston, MA |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2018 | HARVARD BUSINESS PUBLISHING, MA - Royalties |
| 3. 2018 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2018 | SRB CORPORATION - Advisory fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Law Institute | October 24-28, 2018 | Philadelphia, PA | Legal Conference | Travel, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Venture Investors Fund, LP | D | Distribution | J | W | | | | | |
| 2. Tucker Anthony Private Equity Fund III | | None | J | W | | | | | |
| 3. Trust # 5 (H) | | | | | | | | | |
| 4. - Baupost Value Partners LP I | | None | P1 | W | | | | | |
| 5. - Kensico Offshore Fd Ltd LP | | None | P1 | W | | | | | |
| 6. - Federated US Treas Cash money market (cash equiv) | B | Dividend | | | Sold | 12/12/18 | J | | |
| 7. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | G | Dividend | P1 | T | Buy (add'l) | 12/19/18 | M | | |
| 8. | | | | | Sold (part) | 06/07/18 | M | | See Part VIII |
| 9. | | | | | Sold | 06/07/18 | P1 | G | |
| 10. - Frontier MFG Global Eq-Inst (FMGEX) mutual fund | G | Dividend | P1 | T | Buy (add'l) | 06/04/18 | P1 | | |
| 11. - Federated Treasury Obliga - IS (cash equiv) | E | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 12. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 13. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 14. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 15. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 16. | | | | | Buy (add'l) | 06/07/18 | P1 | | |
| 17. | | | | | Buy (add'l) | 07/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 19. | | | | | Buy<br>(add'l) | 10/02/18 | J | | |
| 20. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 21. | | | | | Buy<br>(add'l) | 11/08/18 | K | | |
| 22. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 23. | | | | | Buy<br>(add'l) | 12/20/18 | K | | |
| 24. | | | | | Sold<br>(part) | 01/12/18 | L | | |
| 25. | | | | | Sold<br>(part) | 01/31/18 | J | | |
| 26. | | | | | Sold<br>(part) | 02/20/18 | K | | |
| 27. | | | | | Sold<br>(part) | 03/13/18 | J | | |
| 28. | | | | | Sold<br>(part) | 03/14/18 | K | | |
| 29. | | | | | Sold<br>(part) | 03/21/18 | J | | |
| 30. | | | | | Sold<br>(part) | 03/22/18 | J | | |
| 31. | | | | | Sold<br>(part) | 03/26/18 | J | | |
| 32. | | | | | Sold<br>(part) | 05/02/18 | J | | |
| 33. | | | | | Sold<br>(part) | 05/14/18 | K | | |
| 34. | | | | | Sold<br>(part) | 05/16/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/04/18 | P1 | | |
| 36. | | | | | Sold (part) | 06/05/18 | L | | |
| 37. | | | | | Sold (part) | 06/26/18 | K | | |
| 38. | | | | | Sold (part) | 06/29/18 | N | | |
| 39. | | | | | Sold (part) | 08/31/18 | K | | |
| 40. | | | | | Sold (part) | 09/05/18 | J | | |
| 41. | | | | | Sold (part) | 09/11/18 | K | | |
| 42. | | | | | Sold (part) | 10/09/18 | J | | |
| 43. | | | | | Sold (part) | 10/19/18 | J | | |
| 44. | | | | | Sold (part) | 11/16/18 | J | | |
| 45. | | | | | Sold (part) | 11/19/18 | K | | |
| 46. | | | | | Sold (part) | 11/26/18 | J | | |
| 47. | | | | | Sold (part) | 11/29/18 | J | | |
| 48. | | | | | Sold | 12/07/18 | O | | |
| 49. - First Republic Bank, Bank account (cash account) (x) | A | Interest | P1 | T | Open | 12/07/18 | P1 | | |
| 50. Trust # 10 (H) | | | | | | | | | |
| 51. - Britehouse life, universal Life insurance** See Part VIII Note | | None | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust # 11 (H) | | | | | | | | | |
| 53. - Sun LIfe Assurance, universal life insurance | | None | P1 | W | | | | | |
| 54. - Manufacturers Life Ins, universal life (John Hancock) | | None | P1 | W | | | | | |
| 55. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 56. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | B | Dividend | L | T | Buy (add'l) | 12/12/18 | J | | |
| 57. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 58. Tucker Anthony Private Equity Fund IV | | None | | | Redeemed | 06/18/18 | J | | See Part VIII |
| 59. IRA Rollover (H) | | | | | | | | | |
| 60. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 61. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | E | Dividend | P1 | T | Buy (add'l) | 12/12/18 | K | | |
| 62. - Federated Treasury Obliga - IS (cash equiv) (x) | A | Dividend | K | T | Buy (add'l) | 03/29/18 | J | | |
| 63. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 64. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 65. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 66. | | | | | Sold | 12/12/18 | K | | |
| 67. Battery Ventures VI L.P. | | None | J | U | | | | | |
| 68. Park St Capl Natural Res Fd L.P. | F | Distribution | J | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US Fidenza LLC | | None | K | U | | | | | |
| 70. Park St Capital V LP | E | Distribution | M | U | | | | | |
| 71. Friends of Lime Rock III LP | | None | K | W | | | | | |
| 72. Highfields Capital II LP | F | Distribution | K | W | | | | | |
| 73. Park St Natural Resource Fund II Combined (Private Equity) | F | Distribution | L | U | | | | | |
| 74. Park Street Capital VI (Private Equity Fd) | E | Distribution | N | U | | | | | |
| 75. Patron Capital LP II (private equity) | | None | M | W | | | | | |
| 76. Orion Eruopean Real Estate Fd II, C.V., LP | | None | | | Distributed | 01/01/18 | K | | See Part VIII |
| 77. US Dublin LLC | | None | N | W | | | | | |
| 78. Europa Fund II US LP | D | Distribution | L | W | | | | | |
| 79. Weston Presidio V LP | | None | K | W | | | | | |
| 80. Trust # 18 (H) | | | | | | | | | |
| 81. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 82. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 83. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/29/18 | L | | |
| 84. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 85. | | | | | Buy (add'l) | 06/29/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 87. | | | | | Buy (add'l) | 09/28/18 | K | | |
| 88. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 89. | | | | | Sold (part) | 04/10/18 | K | | |
| 90. | | | | | Sold (part) | 04/23/18 | K | | |
| 91. | | | | | Sold (part) | 07/03/18 | K | | |
| 92. | | | | | Sold (part) | 10/01/18 | K | | |
| 93. | | | | | Sold | 12/07/18 | N | | |
| 94. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 95. Trust # 19 (H) | | | | | | | | | |
| 96. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 97. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 98. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/29/18 | L | | |
| 99. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 100. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 101. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 102. | | | | | Buy (add'l) | 09/28/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 104. | | | | | Sold (part) | 04/10/18 | K | | |
| 105. | | | | | Sold | 12/07/18 | N | | |
| 106. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 107. Trust # 20 (H) | | | | | | | | | |
| 108. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 109. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 110. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/29/18 | L | | |
| 111. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 112. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 113. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 114. | | | | | Buy (add'l) | 09/28/18 | K | | |
| 115. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 116. | | | | | Sold (part) | 04/10/18 | K | | |
| 117. | | | | | Sold (part) | 09/21/18 | K | | |
| 118. | | | | | Sold | 12/07/18 | N | | |
| 119. - First Republic Bank, Bank account (cash account) (x) | A | Interest | N | T | Open | 12/07/18 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Trust # 21 (H) | | | | | | | | | |
| 121.  - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 122.  - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 123.  - Federated Treasury Obliga - IS (cash equiv) | B | Dividend | | | Buy (add'l) | 03/29/18 | K | | |
| 124. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 125. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 126. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 127. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 128. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 129. | | | | | Sold (part) | 03/12/18 | L | | |
| 130. | | | | | Sold (part) | 04/10/18 | K | | |
| 131. | | | | | Sold (part) | 10/01/18 | J | | |
| 132. | | | | | Sold | 12/07/18 | M | | |
| 133.  - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 134.  Lime Rock Partners IV LP (combined) (private equities) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 135.  Park St Cap Priv Eq Fd VII A LP | E | Distribution | M | U | | | | | |
| 136.  Park St Cap Natural Res Fd III LP combined (priv Eq) | F | Distribution | O | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Polaris Vent Part Entrep Fd V LP | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 138. TA X LP (Priv Eq) | E | Distribution | K | U | | | | | |
| 139. Minnesota Pub Facs Auth Clean Wtr municipal bds**See Part VIII Note | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 140. University Idaho Municipal bds | C | Interest | | | Redeemed | 04/02/18 | M | | See Part VIII |
| 141. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | J | T | | | | | |
| 142. Local Motors Series A pfd stock | | None | J | W | | | | | |
| 143. Hephaestion II LP priv eq | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 144. Hephaestion Retail LP priv eq | | None | | | Distributed | 01/01/18 | M | | See Part VIII |
| 145. PSC Luxembourg Hldgs LLC | | None | J | U | | | | | |
| 146. Trust # 22 (H) | | | | | | | | | |
| 147. - Int in MECM Assoc II LLC privately held | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 148. - Hephaestion LP | G | Distribution | M | W | | | | | |
| 149. - Hephaestion Co-invest I LP | G | Distribution | K | W | | | | | |
| 150. - Porus Invt Hldg Co Ltd LP | E | Distribution | J | U | | | | | |
| 151. - Xander Master Fund LLC | F | Distribution | K | U | | | | | |
| 152. - Federated US Treas Cash Rsv cash equiv mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 153. - Ptolemy Finance LLC (private eq) | G | Distribution | P2 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Federated Treasury Obliga - IS (cash equiv) | D | Dividend | | | Buy (add'l) | 01/16/18 | M | | |
| 155. | | | | | Buy (add'l) | 03/16/18 | N | | |
| 156. | | | | | Buy (add'l) | 03/19/18 | O | | |
| 157. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 158. | | | | | Buy (add'l) | 04/06/18 | L | | |
| 159. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 160. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 161. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 162. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 163. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 164. | | | | | Buy (add'l) | 09/28/18 | L | | |
| 165. | | | | | Buy (add'l) | 10/11/18 | M | | |
| 166. | | | | | Sold (part) | 06/29/18 | P1 | | |
| 167. | | | | | Sold | 12/12/18 | N | | |
| 168. - MECM Investments, LLC interest (x) | G | Distribution | P1 | W | Open | 01/01/18 | P1 | | |
| 169. - First Republic Bank, Bank account (cash account) (x) | A | Interest | N | T | Open | 12/12/18 | N | | |
| 170. Trust # 23 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | | | Sold | 12/12/18 | J | | |
| 172. - Int in MECM Investments LLC (privately held) | E | Distribution | O | W | | | | | |
| 173. - Federated Treasury Obliga - IS (cash equiv) | B | Dividend | | | Buy (add'l) | 03/29/18 | K | | |
| 174. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 175. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 176. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 177. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 178. | | | | | Sold (part) | 03/12/18 | L | | |
| 179. | | | | | Sold (part) | 04/10/18 | K | | |
| 180. | | | | | Sold (part) | 10/01/18 | J | | |
| 181. | | | | | Sold | 12/07/18 | L | | |
| 182. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 183. Trust # 24 (H) | | | | | | | | | |
| 184. - Federated US Treas Cash Rsv mutual fund | A | Dividend | | | Sold | 12/12/18 | J | | |
| 185. - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 186. - Federated Treasury Obliga - IS (cash equiv) | D | Dividend | | | Buy (add'l) | 03/29/18 | K | | |
| 187. | | | | | Buy (add'l) | 06/05/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 189. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 190. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 191. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 192. | | | | | Sold (part) | 04/10/18 | J | | |
| 193. | | | | | Sold | 12/07/18 | N | | |
| 194. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 195. Trust # 25 (H) | | | | | | | | | |
| 196. - Federated US Treas Cash Rsv mutual fund | A | Dividend | | | Sold | 12/12/18 | J | | |
| 197. - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 198. - Federated Treasury Obliga - IS (cash equiv) | D | Dividend | | | Buy (add'l) | 03/29/18 | K | | |
| 199. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 200. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 201. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 202. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 203. | | | | | Sold (part) | 04/10/18 | J | | |
| 204. | | | | | Sold (part) | 04/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 10/01/18 | J | | |
| 206. | | | | | Sold | 12/07/18 | N | | |
| 207. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/07/18 | M | | |
| 208. Trust # 26 (H) | | | | | | | | | |
| 209. - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | | | Sold | 12/12/18 | J | | |
| 210. - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 211. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy<br>(add'l) | 03/29/18 | K | | |
| 212. | | | | | Buy<br>(add'l) | 06/05/18 | K | | |
| 213. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 214. | | | | | Buy<br>(add'l) | 09/12/18 | K | | |
| 215. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 216. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 217. | | | | | Buy<br>(add'l) | 10/24/18 | K | | |
| 218. | | | | | Sold<br>(part) | 04/10/18 | J | | |
| 219. | | | | | Sold<br>(part) | 09/21/18 | K | | |
| 220. | | | | | Sold | 12/07/18 | N | | |
| 221. - First Republic Bank, Bank account (cash account) (x) | A | Interest | N | T | Open | 12/07/18 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Liveprocess Corp Ser A pfd stock** See Part VIII Note | | None | J | T | | | | | |
| 223. Meridia Capital LP | | None | J | U | | | | | |
| 224. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 225. Elliott Associates, LP | | None | | | Distributed | 01/01/18 | P2 | | See Part VIII |
| 226. Lime Rock Partners V, LP combined | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 227. Middle East North Africa Opportunities Fd, LP | | None | K | W | | | | | |
| 228. MECM Associates LLC (privately held) (H) | | | | | | | | | |
| 229. - Abrams Capital Partners II LP | | None | | | Distributed | 01/01/18 | P2 | | See Part VIII |
| 230. - Baupost Value Partners LP II | | None | | | Distributed | 01/01/18 | P2 | | See Part VIII |
| 231. - Kensico Associates LP | | None | | | Distributed | 01/01/18 | P2 | | See Part VIII |
| 232. - Federated US Treas Cash Rsv cash eq mutual fd | C | Dividend | | | Sold | 12/12/18 | J | | |
| 233. - PAR Investment Partners LP (private equity) | | None | | | Distributed | 01/01/18 | P2 | | See Part VIII |
| 234. - Kabouter International Opportunities Fd II LLC (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 235. - Advent International GPE VIII-B LP (private equity) | | None | | | Distributed | 01/01/18 | N | | See Part VIII |
| 236. - Federated Treasury Obliga - IS (cash equiv) (x) | B | Dividend | | | Sold | 01/03/18 | P2 | | |
| 237. Berkeley Cty SC Municipal bd | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 238. Hawaii St Municipal Bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Chatham Cty GA Municipal Bds | | None | | | Distributed | 01/03/18 | M | | See Part VIII |
| 240. MA St College Bds Municipal Bds | | None | | | Distributed | 01/03/18 | M | | See Part VIII |
| 241. Trust # 27 (H) | | | | | | | | | |
| 242. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 243. - Federated US Treas Cash Rsv cash equiv (mutual fd) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 244. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/12/18 | M | | |
| 245. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 246. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 247. | | | | | Buy (add'l) | 04/10/18 | K | | |
| 248. | | | | | Buy (add'l) | 06/05/18 | K | | |
| 249. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 250. | | | | | Buy (add'l) | 09/12/18 | K | | |
| 251. | | | | | Buy (add'l) | 09/28/18 | K | | |
| 252. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 253. | | | | | Sold (part) | 01/02/18 | J | | |
| 254. | | | | | Sold (part) | 01/04/18 | J | | |
| 255. | | | | | Sold (part) | 02/01/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 02/20/18 | K | | |
| 257. | | | | | Sold (part) | 02/28/18 | J | | |
| 258. | | | | | Sold (part) | 03/01/18 | J | | |
| 259. | | | | | Sold (part) | 04/02/18 | J | | |
| 260. | | | | | Sold (part) | 04/06/18 | J | | |
| 261. | | | | | Sold (part) | 04/12/18 | L | | |
| 262. | | | | | Sold (part) | 05/01/18 | J | | |
| 263. | | | | | Sold (part) | 05/29/18 | K | | |
| 264. | | | | | Sold (part) | 06/01/18 | J | | |
| 265. | | | | | Sold (part) | 06/07/18 | K | | |
| 266. | | | | | Sold (part) | 07/02/18 | J | | |
| 267. | | | | | Sold (part) | 07/09/18 | J | | |
| 268. | | | | | Sold (part) | 07/18/18 | J | | |
| 269. | | | | | Sold (part) | 08/01/18 | J | | |
| 270. | | | | | Sold (part) | 09/04/18 | K | | |
| 271. | | | | | Sold (part) | 10/03/18 | J | | |
| 272. | | | | | Sold (part) | 11/01/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold (part) | 11/20/18 | J | | |
| 274. | | | | | Sold (part) | 12/03/18 | J | | |
| 275. | | | | | Sold (part) | 12/11/18 | M | | |
| 276. | | | | | Sold | 12/20/18 | J | | |
| 277. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/12/18 | M | | |
| 278. Trust # 28 (H) | | | | | | | | | |
| 279. - Int in MECM Investments LLC (privately held) | E | Distribution | O | W | | | | | |
| 280. - Federated US Treas Cash Rsv money mrkt (mutual fd) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 281. - Vanguard Dvd Apprec Ind-adm (VDADX) | C | Dividend | N | T | Buy (add'l) | 12/17/18 | J | | |
| 282. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | A | Dividend | M | T | Buy (add'l) | 12/24/18 | J | | |
| 283. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 284. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 285. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 286. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 287. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 288. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 289. | | | | | Buy (add'l) | 09/27/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 291. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 292. | | | | | Sold (part) | 04/11/18 | J | | |
| 293. | | | | | Sold (part) | 06/07/18 | J | | |
| 294. | | | | | Sold (part) | 08/28/18 | J | | |
| 295. | | | | | Sold (part) | 09/04/18 | J | | |
| 296. | | | | | Sold (part) | 09/17/18 | J | | |
| 297. | | | | | Sold | 12/11/18 | M | | |
| 298. - First Republic Bank, Bank account (cash account) (x) | A | Interest | M | T | Open | 12/11/18 | M | | |
| 299. CX Partners Fd Limited (private eq) | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 300. Hephaestion III LP | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 301. Orion European Real Estate Fd III CV (priv eq) | | None | | | Distributed | 01/01/18 | M | | See Part VIII |
| 302. RBC (Royal Bank of Canada), bank accounts | D | Interest | P1 | T | | | | | |
| 303. Gold boullion | | None | P2 | T | | | | | |
| 304. MECM Investments LLC (H) | | | | | | | | | |
| 305. - Berkeley Cty SC Municipal Bds | D | Interest | | | Redeemed | 06/01/18 | N | | See Part VIII |
| 306. - Int in MECM Associates II LLC (privately held) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Chatham Cty GA Municipal Bds | D | Interest | M | T | | | | | |
| 308.  - Gold Bullion | | None | P1 | T | | | | | |
| 309.  - Federated US Treas Cash Rsv cash equiv (mutual fd) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 310.  - Buckeye Partners LP, PTP | C | Dividend | | | Sold (part) | 04/03/18 | L | | |
| 311. | | | | | Sold (part) | 04/20/18 | J | | |
| 312. | | | | | Sold | 06/04/18 | K | | See Part VIII |
| 313.  - Williams Partners LP, PTP | D | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 314. | | | | | Buy (add'l) | 01/03/18 | K | | |
| 315. | | | | | Buy (add'l) | 02/06/18 | K | | |
| 316. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 317. | | | | | Buy (add'l) | 03/27/18 | K | | |
| 318. | | | | | Sold (part) | 04/03/18 | K | | |
| 319. | | | | | Sold (part) | 04/03/18 | M | | See Part VIII |
| 320. | | | | | Sold (part) | 06/04/18 | L | A | |
| 321. | | | | | Sold | 06/04/18 | K | B | |
| 322.  - Energy Transfer Equity LP, PTP | C | Dividend | | | Buy (add'l) | 03/09/18 | J | | |
| 323. | | | | | Sold (part) | 04/03/18 | M | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 04/20/18 | J | A | |
| 325. | | | | | Sold | 06/04/18 | L | | See Part VIII |
| 326.  - Enterprise Prods Partners LP, PTP | D | Dividend | | | Sold (part) | 04/03/18 | M | D | |
| 327. | | | | | Sold (part) | 06/04/18 | M | | See Part VIII |
| 328. | | | | | Sold | 06/04/18 | J | B | |
| 329.  - Magellan Midstream Partners, PTP | D | Dividend | | | Buy (add'l) | 03/23/18 | K | | |
| 330. | | | | | Sold (part) | 04/03/18 | M | F | |
| 331. | | | | | Sold (part) | 04/04/18 | J | C | |
| 332. | | | | | Sold (part) | 06/04/18 | K | C | |
| 333. | | | | | Sold | 06/04/18 | L | C | |
| 334.  - Plains All American Pipeline LP (PAA), PTP | C | Dividend | | | Buy (add'l) | 02/20/18 | J | | |
| 335. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 336. | | | | | Sold (part) | 04/03/18 | M | | See Part VIII |
| 337. | | | | | Sold (part) | 06/04/18 | J | A | |
| 338. | | | | | Sold | 06/04/18 | K | | See Part VIII |
| 339.  - Spectra Energy Partners LP, PTP | B | Dividend | | | Sold (part) | 03/05/18 | J | | |
| 340. | | | | | Sold (part) | 04/03/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 05/11/18 | J | | |
| 342. | | | | | Sold | 05/23/18 | J | | See Part VIII |
| 343.  - Western Gas Partners LP, PTP | C | Dividend | | | Sold (part) | 04/03/18 | L | | |
| 344. | | | | | Sold (part) | 06/04/18 | K | | See Part VIII |
| 345. | | | | | Sold | 06/04/18 | K | B | |
| 346.  - Hawaii St bds, municipal bds | E | Interest | N | T | | | | | |
| 347.  - MA St Dev Fin Agy Bds, municipal bds | E | Interest | P1 | T | Buy (add'l) | 10/18/18 | O | | |
| 348.  - WI St Trans Rev Bds, municipal bds | D | Interest | M | T | | | | | |
| 349.  - CHARLESTON CNTY S C 5% 11-01-2021 BEO | E | Interest | N | T | | | | | |
| 350.  - Energy Northwest WA Elec Rev municipal bds | D | Interest | | | Matured | 07/01/18 | N | | See Part VIII |
| 351.  - Frederick Cty MD municipal bds | A | Interest | J | T | | | | | |
| 352.  - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | E | Distribution | L | W | | | | | |
| 353.  - Lone Star Fund VII (U.S.), LP (priv equity) | | None | K | W | | | | | |
| 354.  - PS Opportunities Onshore LP (priv equity) | | None | P1 | W | | | | | |
| 355.  - Andeavor Logistics LP (PTP) (fka Tesoro Logistics LP) | C | Dividend | | | Sold (part) | 04/03/18 | L | | |
| 356. | | | | | Sold (part) | 05/02/18 | J | | |
| 357. | | | | | Sold (part) | 06/04/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold | 06/04/18 | J | | See Part VIII |
| 359.  - MPLX LP (PTP) | D | Dividend | | | Buy<br>(add'l) | 01/26/18 | K | | |
| 360. | | | | | Buy<br>(add'l) | 05/24/18 | J | | |
| 361. | | | | | Sold<br>(part) | 04/03/18 | M | | See Part VIII |
| 362. | | | | | Sold<br>(part) | 06/04/18 | L | B | |
| 363. | | | | | Sold | 06/04/18 | K | D | |
| 364.  - Western Gas Equity Partners LP (PTP) | A | Dividend | | | Sold<br>(part) | 04/03/18 | J | A | |
| 365. | | | | | Sold | 06/04/18 | J | A | |
| 366.  - EQT Midstream Partners, LP (PTP) | C | Dividend | | | Buy<br>(add'l) | 03/09/18 | K | | |
| 367. | | | | | Buy<br>(add'l) | 05/11/18 | J | | |
| 368. | | | | | Sold<br>(part) | 04/03/18 | M | | See Part VIII |
| 369. | | | | | Sold<br>(part) | 06/04/18 | J | B | |
| 370. | | | | | Sold | 06/04/18 | L | | See Part VIII |
| 371.  - Williams Cos Inc common (WMB) | A | Dividend | | | Sold<br>(part) | 01/25/18 | K | D | |
| 372. | | | | | Sold<br>(part) | 03/28/18 | K | B | |
| 373. | | | | | Sold<br>(part) | 04/03/18 | K | A | |
| 374. | | | | | Sold | 06/04/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. - PA Econ Dev Fing Auth municipal bds | D | Interest | N | T | | | | | |
| 376. - University Utah University Revs (municipal Bds) | D | Interest | N | T | | | | | |
| 377. - MA St Sch Bldg Auth (municipal bds) | E | Interest | N | T | Sold (part) | 10/15/18 | K | | |
| 378. - Frontier MFG Global Equity Fd Instl (FMGEX) mutual fd | | None | P1 | T | | | | | |
| 379. - Genesis Energy LP (GEL) (PTP) | A | Dividend | | | Sold (part) | 01/12/18 | J | | |
| 380. | | | | | Sold (part) | 01/12/18 | J | | |
| 381. | | | | | Sold | 03/09/18 | K | | See Part VIII |
| 382. - Oneok Inc, com (OKE) | C | Dividend | | | Sold (part) | 03/23/18 | K | C | |
| 383. | | | | | Sold (part) | 04/03/18 | M | D | |
| 384. | | | | | Sold | 06/04/18 | L | E | |
| 385. - Phillips 66 Partners LP (PSXP) (PTP) | B | Dividend | | | Sold (part) | 04/03/18 | L | | See Part VIII |
| 386. | | | | | Sold | 06/04/18 | K | B | |
| 387. - Valero Energy Partners LP (VLP) (PTP) | B | Dividend | | | Sold (part) | 04/03/18 | K | D | |
| 388. | | | | | Sold | 06/04/18 | K | | See Part VIII |
| 389. - Morehead St Univ KY municipal bds | E | Interest | N | T | | | | | |
| 390. - Stratford CT municipal bds | E | Interest | N | T | | | | | |
| 391. - Western Mich Univ Rev municipal bds | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - DL Partners Opportunities Fd LP (private eq) | | None | P1 | W | | | | | |
| 393. - Antero Midstream Partners LP (AM) (PTP) | C | Dividend | | | Sold (part) | 04/03/18 | L | | |
| 394. | | | | | Sold (part) | 06/04/18 | K | | See Part VIII |
| 395. | | | | | Sold | 06/04/18 | K | B | |
| 396. - Dominion Energy Midstream Partners LP (DM) (PTP) (fka Dominion Mid) | B | Dividend | | | Sold (part) | 04/03/18 | K | | |
| 397. | | | | | Sold (part) | 04/23/18 | J | | |
| 398. | | | | | Sold | 06/04/18 | J | | See Part VIII |
| 399. - Shell Midstream Partners LP (SHLX) (PTP) | C | Dividend | | | Sold (part) | 02/06/18 | J | B | |
| 400. | | | | | Sold (part) | 02/21/18 | J | | |
| 401. | | | | | Sold (part) | 04/03/18 | K | | |
| 402. | | | | | Sold (part) | 04/03/18 | J | | |
| 403. | | | | | Sold | 06/04/18 | K | | See Part VIII |
| 404. - FORSYTH CNTY GA 5% 03-01-2024 BEO | D | Interest | | | Sold | 01/18/18 | N | | See Part VIII |
| 405. - Franklin IND Cmnty-Sch Bldg municipal bds | D | Interest | N | T | | | | | |
| 406. - MARYLAND ST 5% 08-01-2025 BEO | F | Interest | O | T | Sold (part) | 12/06/18 | N | | See Part VIII |
| 407. - Edgbaston Asian Equity Trust (private eq) | | None | P1 | W | | | | | |
| 408. - EQT GP Holding LP (EQGP) (PTP) | A | Dividend | | | Sold (part) | 04/03/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 06/04/18 | J | | See Part VIII |
| 410. - Targa Resources Corp (TRGP), common stock | B | Dividend | | | Sold (part) | 04/03/18 | K | | |
| 411. | | | | | Sold (part) | 06/04/18 | K | | |
| 412. | | | | | Sold | 06/04/18 | J | | See Part VIII |
| 413. - Energy Transfer Partners LP (ETP), PTP | D | Dividend | | | Buy (add'l) | 04/26/18 | J | | |
| 414. | | | | | Sold (part) | 04/03/18 | L | | |
| 415. | | | | | Sold | 06/04/18 | L | | See Part VIII |
| 416. - Noble Midstream Partners LP (NBLX), PTP | A | Dividend | | | Sold (part) | 04/03/18 | K | D | |
| 417. | | | | | Sold | 06/04/18 | J | C | |
| 418. - Tallgrass Energy Partners LP (TEP), PTP | C | Dividend | | | Buy (add'l) | 02/23/18 | J | | |
| 419. | | | | | Sold (part) | 04/03/18 | L | | |
| 420. | | | | | Sold (part) | 06/04/18 | J | | |
| 421. | | | | | Sold | 06/04/18 | K | | See Part VIII |
| 422. - Tallgrass Energy GP LP (TEGP) Cl A shares | A | Dividend | | | Sold (part) | 04/03/18 | J | | See Part VIII |
| 423. | | | | | Sold | 06/04/18 | J | A | |
| 424. - Oakland Univ Mich Rev municipal fds | D | Interest | M | T | | | | | |
| 425. - MFB Northern Funds US Govt money mkt (cash equiv) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Governors Lane Onshore Fund LP (private equity) | | None | P1 | W | | | | | |
| 427. - Waterline Ventures II LP (private equity) | | None | M | W | | | | | |
| 428. - Kildare European Partners I, LP (private equity)**See Part VIII Note | | None | | | Merged (with line 490) | 01/01/18 | J | | See Part VIII |
| 429. - Regent Opportunity Fund IV, LLC (private equity) | | None | M | W | | | | | |
| 430. - US Bank Security acct (H) | | | | | | | | | |
| 431. - First Am US Treas mm CL Z cash equiv (mutual fd) | C | Dividend | L | T | Buy (add'l) | 12/03/18 | K | | |
| 432. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 433. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 434. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 435. | | | | | Buy (add'l) | 12/12/18 | L | | |
| 436. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 437. | | | | | Buy (add'l) | 12/19/18 | P1 | | |
| 438. | | | | | Buy (add'l) | 12/20/18 | M | | |
| 439. | | | | | Buy (add'l) | 12/21/18 | N | | |
| 440. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 441. | | | | | Buy (add'l) | 12/26/18 | K | | |
| 442. | | | | | Buy (add'l) | 12/28/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 12/31/18 | L | | |
| 444. | | | | | Buy (add'l) | 12/31/18 | L | | |
| 445. | | | | | Sold (part) | 12/11/18 | L | | |
| 446. | | | | | Sold (part) | 12/14/18 | M | | |
| 447. | | | | | Sold (part) | 12/17/18 | N | | |
| 448. | | | | | Sold (part) | 12/20/18 | K | | |
| 449. | | | | | Sold (part) | 12/21/18 | J | | |
| 450. | | | | | Sold (part) | 12/27/18 | K | | |
| 451. | | | | | Sold (part) | 12/28/18 | P1 | | |
| 452. - Independent Fran Part EQ FD (mutual FD) (x) | G | Dividend | P1 | T | Open | 12/19/18 | P1 | | |
| 453. - Euro Currency (cash equiv) (x) | | None | | | Buy | 12/19/18 | L | | |
| 454. | | | | | Sold | 12/20/18 | L | | |
| 455. - Frontegra MFG Global Equity Instl (mutual FD) (x) | G | Dividend | P1 | T | Open | 12/18/18 | P1 | | |
| 456. - Vanguard Dividend Apprec IDX Admiral (mutual fd) (x) | A | Dividend | M | T | Open | 12/18/18 | M | | |
| 457. - BP Midstream Partners (BPMP), PTP | A | Dividend | | | Sold (part) | 04/03/18 | K | A | |
| 458. | | | | | Sold | 06/04/18 | J | B | |
| 459. - Antero Midstream Group LP, PTP | A | Dividend | | | Sold (part) | 04/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 06/04/18 | J | | See Part VIII |
| 461.  - Cheniere Energy INC (LNG) | | None | | | Buy (add'l) | 05/03/18 | J | | |
| 462. | | | | | Sold (part) | 04/03/18 | J | B | |
| 463. | | | | | Sold (part) | 04/03/18 | J | A | |
| 464. | | | | | Sold | 06/04/18 | J | B | |
| 465.  - Castlelake V LPs (private equity) | | None | N | W | | | | | |
| 466.  - Berkshire Wind Pwr Coop Corp Mass municipal bds | D | Interest | N | T | | | | | |
| 467.  - BURLINGTON CNTY N J FLTG RT 2.5% 01-15-2026 BEO | D | Interest | N | T | | | | | |
| 468.  - MARICOPA CNTY ARIZ SCH DIST NO 001 PHOENIX ELEM 5% 07-01-2026 BEO | E | Interest | O | T | | | | | |
| 469.  - ODESSA TEX JR COLLEGE DIST 5% 08-15-2027BEO | E | Interest | O | T | | | | | |
| 470.  - SAN ANTONIO TEX WTR REV 5% 05-15-2026 BEO | E | Interest | O | T | | | | | |
| 471.  - SPRINGFIELD MASS WTR & SWR COMMN REV 5% 04-15-2026 BEO | E | Interest | N | T | | | | | |
| 472.  - WA Multnomah & Yamhill Cntys municipal bds | D | Interest | N | T | | | | | |
| 473.  - Brookside Cap Partners Fd LP | | None | L | W | | | | | |
| 474.  - Marathon UCITS Funds - International Equity F(private equity) | | None | P2 | W | | | | | |
| 475.  - Summit Ptrns Priv Eq Fd VII-A | F | Distribution | N | W | | | | | |
| 476.  - Hony Capital Fund 2008, LP | F | Distribution | O | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Lone Star Fund VI (US), LP | | None | N | U | | | | | |
| 478. - Lone Star Europe Holdings (US), LP | | None | M | U | | | | | |
| 479. - Lone Star Real Estate Fund (US), LP | | None | M | U | | | | | |
| 480. - Lime Rock Partners VI LP (private equity) | E | Distribution | O | U | | | | | |
| 481. - Lone Star Fund VIII (US) LP (private equity) | | None | O | U | | | | | |
| 482. - Lone Star Real Estate Fund III (US), LP (private eq) | G | Distribution | N | U | | | | | |
| 483. - Castlelake IV LP (private eq) | G | Distribution | P1 | U | | | | | |
| 484. - CL IV Inc LLC (private eq) | | None | P1 | W | | | | | |
| 485. - Lime Rock Partners VII LP (private eq) | C | Distribution | P1 | U | | | | | |
| 486. - Lone Star IX (US), LP (private eq) | D | Distribution | P1 | U | | | | | |
| 487. - Aria Investment Partners LP LLC (private equity) | | None | O | U | | | | | |
| 488. - Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | O | U | | | | | |
| 489. - MP Fund I LP (private eq) | F | Distribution | N | U | | | | | |
| 490. - Kildare European Partners I, LP (private eq) | G | Distribution | O | U | | | | | |
| 491. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Buy (add'l) | 01/12/18 | K | | |
| 492. | | | | | Buy (add'l) | 01/25/18 | K | | |
| 493. | | | | | Buy (add'l) | 02/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 495. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 496. | | | | | Buy (add'l) | 02/14/18 | K | | |
| 497. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 498. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 499. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 500. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 501. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 502. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 503. | | | | | Buy (add'l) | 03/23/18 | K | | |
| 504. | | | | | Buy (add'l) | 04/03/18 | P1 | | |
| 505. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 506. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 507. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 508. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 509. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 510. | | | | | Buy (add'l) | 05/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Buy<br>(add'l) | 05/21/18 | J | | |
| 512. | | | | | Buy<br>(add'l) | 05/23/18 | J | | |
| 513. | | | | | Buy<br>(add'l) | 06/04/18 | P1 | | |
| 514. | | | | | Sold<br>(part) | 01/02/18 | J | | |
| 515. | | | | | Sold<br>(part) | 01/03/18 | K | | |
| 516. | | | | | Sold<br>(part) | 01/03/18 | N | | |
| 517. | | | | | Sold<br>(part) | 01/24/18 | J | | |
| 518. | | | | | Sold<br>(part) | 01/26/18 | K | | |
| 519. | | | | | Sold<br>(part) | 02/06/18 | K | | |
| 520. | | | | | Sold<br>(part) | 02/20/18 | J | | |
| 521. | | | | | Sold<br>(part) | 02/23/18 | J | | |
| 522. | | | | | Sold<br>(part) | 03/09/18 | J | | |
| 523. | | | | | Sold<br>(part) | 03/27/18 | K | | |
| 524. | | | | | Sold<br>(part) | 04/04/18 | P1 | | |
| 525. | | | | | Sold<br>(part) | 04/18/18 | J | | |
| 526. | | | | | Sold<br>(part) | 04/26/18 | J | | |
| 527. | | | | | Sold<br>(part) | 05/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. | | | | | Sold (part) | 05/11/18 | J | | |
| 529. | | | | | Sold (part) | 05/24/18 | J | | |
| 530. | | | | | Sold (part) | 06/05/18 | J | | |
| 531. | | | | | Sold | 06/13/18 | P1 | | |
| 532. - Acacia Conservation Fund LP (private equity) (x) - Artemis R E Prtnr | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 533. - Artemis R E Prtnrs Hlthcare Fd I LP (private equity) (x) | F | Distribution | O | W | Open | 01/01/18 | O | | |
| 534. - Artemis Real Est Partners Fd I (NR) LP (x) | F | Distribution | M | W | Open | 01/01/18 | M | | |
| 535. - Artemis Real Est Partnrs Fd II LP (x) | G | Distribution | O | W | Open | 01/01/18 | O | | |
| 536. - Baupost Val Partners LP II (x) | | None | P2 | U | Open | 01/01/18 | P2 | | |
| 537. - Abrams Capital Partners II LP (x) | | None | P2 | W | Open | 01/01/18 | P2 | | |
| 538. - Advent International GPE VIII-B LP (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 539. - Charlesbank Executives Fund IX, LP (x) | | None | M | W | Open | 01/01/18 | M | | |
| 540. - CX Partners Fd Limited (private eq) (x) | F | Distribution | O | W | Open | 01/01/18 | O | | |
| 541. - Denham Oil & Gas Fd LP (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 542. - Elliott Associates LP (x) | | None | P2 | W | Open | 01/01/18 | P2 | | |
| 543. - FE Industrial Partners I LP (x) | E | Distribution | N | W | Open | 01/01/18 | N | | |
| 544. - Hephaestion II LP priv eq (x) | G | Distribution | O | W | Open | 01/01/18 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Hephaestion III LP (x) | | None | N | W | Open | 01/01/18 | N | | |
| 546. - Hephaestion IV LP (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 547. - Hephaestion Retail LP priv eq (x) | E | Distribution | K | W | Open | 01/01/18 | K | | |
| 548. - HighVista I LP (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 549. - Hillhouse Fund III LP (private equity) (x) | G | Distribution | P1 | W | Open | 01/01/18 | P1 | | |
| 550. - Hillhouse Fund IV, L.P. (x) | F | Distribution | M | W | Buy | 04/16/18 | M | | |
| 551. - Independent Franchise Partners US Eq Fd (IFPUX) mutual Fd (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 552. - Innovation works Development Fd II, LP (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 553. - Kabouter International Opportunities Fd II LLC (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 554. - Kensico Associates LP (private equity) (x) | | None | P2 | W | Open | 01/01/18 | P2 | | |
| 555. - Kildare European Partners II LP (x) | G | Distribution | J | W | Buy | 10/08/18 | J | | |
| 556. - Lime Rock Partners IV LP (combined) (private equities) (x) | | None | J | W | Open | 01/01/18 | J | | |
| 557. - Lime Rock Partners V, LP combined (x) | G | Distribution | O | W | Open | 01/01/18 | O | | |
| 558. - Long Pond Capital QP Fund, LP (x) | | None | O | W | Buy | 03/29/18 | O | | |
| 559. - MFN Partners, LP (x) | | None | P1 | W | Buy | 09/30/18 | P1 | | |
| 560. - Nonantum Capital Partners Fund I (x) | | None | J | W | Buy | 11/09/18 | J | | |
| 561. - Orion European Real Estate Fund II CV (x) | B | Distribution | J | W | Open | 01/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 37 of 72

Name of Person Reporting

SARIS, PATTI B.

Date of Report

04/05/2020

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Orion European Real Estate Fund III CV (x) | D | Distribution | M | W | Open | 01/01/18 | M | | |
| 563. - Orion European Real Estate Fund IV CV (x) | E | Distribution | O | W | Open | 01/01/18 | O | | |
| 564. - Orion European Real Estate Fund V SLP (x) | | None | J | W | Buy | 06/15/18 | J | | |
| 565. - PAR Investment Partners LP (private equity) (x) | G | Distribution | P2 | W | Open | 01/01/18 | P2 | | |
| 566. - Penta Asia Long Short Fund LTD (x) | | None | K | W | Open | 01/01/18 | K | | |
| 567. - Polaris Vent Part Entrep Fd V LP (x) | F | Distribution | O | W | Open | 01/01/18 | O | | |
| 568. - S Capital, L.P. (x) | | None | M | W | Buy | 03/30/18 | M | | |
| 569. - Tekne Partners, LP (private equity) (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 570. - Thorntree Capital Fund LP (x) | | None | P1 | W | Open | 01/01/18 | P1 | | |
| 571. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual FD (x) | C | Dividend | M | W | Open | 01/01/18 | M | | |
| 572. - X Investment Holding Ltd/Indian Dream Financial Advisors (x) | | None | N | W | Open | 01/01/18 | N | | |
| 573. - MA St College Bds Municipal Bds (x) | D | Interest | M | T | Open | 01/02/18 | M | | |
| 574. - MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO (x) | D | Interest | M | T | Open | 01/02/18 | M | | |
| 575. - OREGON ST 5% 12-01-2020 BEO (x) | D | Interest | N | T | Open | 01/02/18 | N | | |
| 576. - Metropolitan St Louis, MO municipal fds (x) | D | Interest | M | T | Open | 01/02/18 | M | | |
| 577. - Castle Rock Colo Sales & Use Tax Rev municipal bds (x) | C | Interest | M | T | Open | 01/02/18 | M | | |
| 578. - Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds (x) | D | Interest | N | T | Open | 01/02/18 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. - EAGLE RIV COLO WTR & SANTN DIST ENTERPRISE WASTEWTR REV 5 12-01-202 | C | Interest | M | T | Open | 01/02/18 | M | | |
| 580. - Florida St Brd Ed Pub municipal bds (x) | C | Interest | M | T | Open | 01/02/18 | M | | |
| 581. - Massachusetts St Clean Wtr municipal bds (x) | | None | O | T | Buy | 09/12/18 | O | | |
| 582. - Minneapolis & St Paul MN Met Arpts Comm municipal bds (x) | B | Interest | M | T | Open | 01/02/18 | M | | |
| 583. - New York NY City HSG Dev Corp municipal bond (x) | | None | O | T | Buy | 12/26/18 | O | | |
| 584. - New York ST Dorm Auth Revs Non St municipal bond (x) | | None | O | T | Buy | 06/07/18 | O | | |
| 585. - South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds (x) | D | Interest | O | T | Open | 01/02/18 | O | | |
| 586. - Whitman Cnty Wash Reorg Sch Dist No 300 municipal bds (x) | | None | N | T | Open | 06/13/18 | N | | |
| 587. - Minnesota Pub FACS Auth Clean Wtr municipal bds (x) | D | Interest | M | T | Open | 01/02/18 | M | | |
| 588. MECM Associates II LLC (H) | | | | | | | | | |
| 589. - Baupost Value Partners LP II | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 590. - Elliott Associates LP | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 591. - HighVista I LP | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 592. - Penta Asia Long Short Fd Ltd LP | | None | | | Distributed | 01/01/18 | K | | See Part VIII |
| 593. - X Investment Holdings co Ltd LP | | None | | | Distributed | 01/01/18 | N | | See Part VIII |
| 594. - Federated US Teas Cash Rsv cash equiv (mutual fd) | A | Dividend | | | Sold | 01/03/18 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | P3 =$25,000,001 - $50,000,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 595. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | | None | | | Distributed | 01/01/18 | M | | See Part VIII |
| 596. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Sold | 01/03/18 | N | | |
| 597. First Republic Bank, bank account (cash account) | A | Interest | P2 | T | | | | | |
| 598. Perry Partners, LP (private equity) | B | Distribution | J | U | | | | | |
| 599. Local Motors Inc Ser B pfd stock | | None | M | T | | | | | |
| 600. Local Motors Inc Ser C pfd stock | | None | N | T | | | | | |
| 601. AdoreMe Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 602. Highland Capital Partners VIII, LP | E | Distribution | N | U | | | | | |
| 603. CHARLESTON CNTY S C 5% 11-01-2021 BEO | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 604. Energy Northwest WA municipal bds | C | Interest | | | Distributed | 01/02/18 | L | | See Part VIII |
| 605. MA St Sch Bldg municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 606. MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 607. OREGON ST 5% 12-01-2020 BEO | | None | | | Distributed | 01/02/18 | N | | See Part VIII |
| 608. Artemis Real Est Partnrs Fd I LP | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 609. Prosperitas Real Est Partners III LP (private equity) | | None | J | W | | | | | |
| 610. Prosperitas Real Est Partners IIIA LP (private equity) | | None | J | W | | | | | |
| 611. Prosperitas Real Est Partners IIIB LP (private equity) | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 612.  PS Opportunities Onshore LP (priv equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 613.  Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 614.  Trust # 29 (H) | | | | | | | | | |
| 615.  - Plymouth Rock Co Inc OC Cl A com stock (closely held) | G | Dividend | P2 | T | | | | | |
| 616.  - Federated US Treas Cash Rsv cash equiv mutual fund | A | Dividend | | | Sold | 12/12/18 | J | | |
| 617.  - Hephaestion IV LP (private equity | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 618.  - MECM Assoc LLC (privately held) | | None | | | Distributed | 01/01/18 | P4 | | See Part VIII |
| 619.  - Independent Franchise Partners US Eq Fd (IFPUX) mutual fd | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 620.  - Federated Treasury Obliga - IS (cash equiv) | D | Dividend | | | Buy (add'l) | 03/15/18 | M | | |
| 621. | | | | | Buy (add'l) | 03/29/18 | O | | |
| 622. | | | | | Buy (add'l) | 06/05/18 | O | | |
| 623. | | | | | Buy (add'l) | 06/29/18 | N | | |
| 624. | | | | | Buy (add'l) | 09/12/18 | O | | |
| 625. | | | | | Buy (add'l) | 09/19/18 | M | | |
| 626. | | | | | Buy (add'l) | 09/28/18 | N | | |
| 627. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 628. | | | | | Sold (part) | 01/02/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 629. | | | | | Sold (part) | 01/03/18 | J | | |
| 630. | | | | | Sold (part) | 01/05/18 | K | | |
| 631. | | | | | Sold (part) | 01/12/18 | J | | |
| 632. | | | | | Sold (part) | 01/16/18 | J | | |
| 633. | | | | | Sold (part) | 01/22/18 | K | | |
| 634. | | | | | Sold (part) | 01/26/18 | K | | |
| 635. | | | | | Sold (part) | 02/02/18 | K | | |
| 636. | | | | | Sold (part) | 02/09/18 | K | | |
| 637. | | | | | Sold (part) | 02/20/18 | J | | |
| 638. | | | | | Sold (part) | 02/26/18 | K | | |
| 639. | | | | | Sold (part) | 02/28/18 | J | | |
| 640. | | | | | Sold (part) | 03/02/18 | K | | |
| 641. | | | | | Sold (part) | 03/12/18 | J | | |
| 642. | | | | | Sold (part) | 03/19/18 | J | | |
| 643. | | | | | Sold (part) | 03/26/18 | J | | |
| 644. | | | | | Sold (part) | 04/03/18 | O | | |
| 645. | | | | | Sold (part) | 04/04/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Sold (part) | 04/09/18 | J | | |
| 647. | | | | | Sold (part) | 04/18/18 | J | | |
| 648. | | | | | Sold (part) | 04/25/18 | J | | |
| 649. | | | | | Sold (part) | 05/07/18 | J | | |
| 650. | | | | | Sold (part) | 05/17/18 | J | | |
| 651. | | | | | Sold (part) | 05/21/18 | J | | |
| 652. | | | | | Sold (part) | 06/13/18 | J | | |
| 653. | | | | | Sold (part) | 06/14/18 | J | | |
| 654. | | | | | Sold (part) | 06/15/18 | K | | |
| 655. | | | | | Sold (part) | 06/19/18 | J | | |
| 656. | | | | | Sold (part) | 06/21/18 | J | | |
| 657. | | | | | Sold (part) | 06/26/18 | J | | |
| 658. | | | | | Sold (part) | 07/02/18 | O | | |
| 659. | | | | | Sold (part) | 07/03/18 | J | | |
| 660. | | | | | Sold (part) | 07/09/18 | J | | |
| 661. | | | | | Sold (part) | 07/10/18 | J | | |
| 662. | | | | | Sold (part) | 07/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SARIS, PATTI B.

04/05/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 663. | | | | | Sold<br>(part) | 07/19/18 | J | | |
| 664. | | | | | Sold<br>(part) | 07/20/18 | J | | |
| 665. | | | | | Sold<br>(part) | 07/26/18 | J | | |
| 666. | | | | | Sold<br>(part) | 08/01/18 | J | | |
| 667. | | | | | Sold<br>(part) | 08/06/18 | J | | |
| 668. | | | | | Sold<br>(part) | 08/09/18 | J | | |
| 669. | | | | | Sold<br>(part) | 08/13/18 | J | | |
| 670. | | | | | Sold<br>(part) | 08/14/18 | J | | |
| 671. | | | | | Sold<br>(part) | 08/20/18 | J | | |
| 672. | | | | | Sold<br>(part) | 08/22/18 | J | | |
| 673. | | | | | Sold<br>(part) | 09/13/18 | J | | |
| 674. | | | | | Sold<br>(part) | 09/17/18 | J | | |
| 675. | | | | | Sold<br>(part) | 10/01/18 | O | | |
| 676. | | | | | Sold<br>(part) | 10/03/18 | J | | |
| 677. | | | | | Sold<br>(part) | 10/05/18 | J | | |
| 678. | | | | | Sold<br>(part) | 10/09/18 | J | | |
| 679. | | | | | Sold<br>(part) | 10/15/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 680. | | | | | Sold (part) | 10/22/18 | J | | |
| 681. | | | | | Sold (part) | 11/06/18 | J | | |
| 682. | | | | | Sold (part) | 11/13/18 | J | | |
| 683. | | | | | Sold (part) | 11/16/18 | J | | |
| 684. | | | | | Sold (part) | 12/03/18 | J | | |
| 685. | | | | | Sold (part) | 12/07/18 | N | | |
| 686. | | | | | Sold | 12/19/18 | J | | |
| 687. - MECM Investments, LLC interest (x) | | None | P4 | W | Open | 01/01/18 | P4 | | |
| 688. - First Republic Bank, Bank account (cash account) (x) | A | Interest | K | T | Open | 12/07/18 | N | | |
| 689. Trust # 31 (H) | | | | | | | | | |
| 690. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | Buy (add'l) | 12/17/18 | J | | |
| 691. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | D | Dividend | M | T | Buy (add'l) | 12/24/18 | J | | |
| 692. - Int in MECM Investments LLC (privately held) | E | Distribution | N | W | | | | | |
| 693. - Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 694. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 695. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 696. | | | | | Buy (add'l) | 04/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 697. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 698. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 699. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 700. | | | | | Buy (add'l) | 07/03/18 | K | | |
| 701. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 702. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 703. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 704. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 705. | | | | | Sold (part) | 01/03/18 | J | | |
| 706. | | | | | Sold (part) | 04/04/18 | J | | |
| 707. | | | | | Sold (part) | 04/12/18 | J | | |
| 708. | | | | | Sold (part) | 05/02/18 | J | | |
| 709. | | | | | Sold (part) | 06/01/18 | J | | |
| 710. | | | | | Sold (part) | 06/27/18 | J | | |
| 711. | | | | | Sold (part) | 07/02/18 | J | | |
| 712. | | | | | Sold (part) | 08/01/18 | J | | |
| 713. | | | | | Sold (part) | 09/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 714. | | | | | Sold<br>(part) | 10/03/18 | J | | |
| 715. | | | | | Sold<br>(part) | 10/19/18 | K | | |
| 716. | | | | | Sold<br>(part) | 10/26/18 | J | | |
| 717. | | | | | Sold<br>(part) | 11/01/18 | J | | |
| 718. | | | | | Sold<br>(part) | 12/03/18 | J | | |
| 719. | | | | | Sold<br>(part) | 12/11/18 | L | | |
| 720. | | | | | Sold | 12/20/18 | J | | |
| 721. - First Republic Bank, Bank account (cash account) (x) | A | Interest | L | T | Open | 12/05/18 | L | | |
| 722. Hephaestion IV LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 723. Learn Our History LLC (private equity) | | None | L | W | | | | | |
| 724. Patagonia Sur, LLC (private equity) | | None | M | U | | | | | |
| 725. Tekne Partners, LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 726. Metropolican St Louis, MO municipal fd | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 727. PA Econ Dev Auth municipal bds | D | Interest | | | Distributed | 01/02/18 | M | | See Part VIII |
| 728. Trust # 32 (H) | | | | | | | | | |
| 729. - Int in MECM Investments LLC (closely held) | D | Distribution | N | W | | | | | |
| 730. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | Buy<br>(add'l) | 12/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**　　　Name of Person Reporting　　　Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 731. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund | C | Dividend | M | T | Buy (add'l) | 12/24/18 | J | | |
| 732. - Federated US Treas Cash Rsv, cash equiv mutual fd | A | Dividend | | | Sold | 12/12/18 | J | | |
| 733. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 734. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 735. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 736. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 737. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 738. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 739. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 740. | | | | | Buy (add'l) | 09/21/18 | K | | |
| 741. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 742. | | | | | Buy (add'l) | 10/01/18 | K | | |
| 743. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 744. | | | | | Sold (part) | 01/11/18 | J | | |
| 745. | | | | | Sold (part) | 01/16/18 | J | | |
| 746. | | | | | Sold (part) | 02/12/18 | J | | |
| 747. | | | | | Sold (part) | 03/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 748. | | | | | Sold<br>(part) | 04/18/18 | J | | |
| 749. | | | | | Sold<br>(part) | 04/26/18 | J | | |
| 750. | | | | | Sold<br>(part) | 05/16/18 | J | | |
| 751. | | | | | Sold<br>(part) | 06/13/18 | J | | |
| 752. | | | | | Sold<br>(part) | 06/18/18 | J | | |
| 753. | | | | | Sold<br>(part) | 06/27/18 | J | | |
| 754. | | | | | Sold<br>(part) | 07/17/18 | J | | |
| 755. | | | | | Sold<br>(part) | 08/15/18 | J | | |
| 756. | | | | | Sold<br>(part) | 09/10/18 | J | | |
| 757. | | | | | Sold<br>(part) | 09/17/18 | J | | |
| 758. | | | | | Sold<br>(part) | 10/10/18 | J | | |
| 759. | | | | | Sold<br>(part) | 10/16/18 | J | | |
| 760. | | | | | Sold<br>(part) | 11/08/18 | J | | |
| 761. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 762. | | | | | Sold<br>(part) | 11/15/18 | K | | |
| 763. | | | | | Sold<br>(part) | 12/12/18 | K | | |
| 764. | | | | | Sold | 12/20/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 765.   - First Republic Bank, Bank account (cash account) (x) | A | Interest | K | T | Open | 12/12/18 | K | | |
| 766.   University Utah University Revs municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 767.   Acacia Conservation Fund LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 768.   Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |
| 769.   Innovation works Development Fd II, LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 770.   Kensico Associates LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 771.   RNPF Co Invest LLC (private equity) | | None | M | U | | | | | |
| 772.   RP Holdings Fund II, LLC (private equity) | D | Distribution | J | U | | | | | |
| 773.   Velos Partners Fund I LP (private equity) | | None | M | U | | | | | |
| 774.   Morehead St Univ KY municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 775.   Stratford CT municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 776.   Artemis Real Est Partnrs Fd II LP (private eq | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 777.   Proclara Biosciences Inc Ser D pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 778.   Orion European Real Estate Fd IV CV (private eq) | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 779.   Local Motors Inc Ser B-1 pfd (closely held)**See Part VIII Note | | None | N | T | | | | | |
| 780.   Proclara Biosciences Inc Ser E pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 781.   CourtScribes Inc Ser A prim pfd (Delaware Corp) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|   (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|   (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|   (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 782. Blackivy LLC (private eq) | | None | N | W | | | | | |
| 783. Coastal Force Invt in Real Estate LP (private eq) | | None | O | U | | | | | |
| 784. Longpoint Realty Partners LP CL B (private eq) | | None | O | U | | | | | |
| 785. FORSYTH CNTY GA 5% 03-01-2024 BEO | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 786. MARYLAND ST 5% 08-01-2025 BEO | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 787. Franklin IND Cmonty Sch Bldg municipal bds | | None | | | Distributed | 01/02/18 | L | | See Part VIII |
| 788. IRA Rollover # 2 (H) | | | | | | | | | |
| 789. - Vanguard Total Wrld Stock Idx Fd (VT) mutial fd | C | Dividend | M | T | Buy (add'l) | 02/06/18 | J | | |
| 790. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 791. - Federated U S Treas Cash Rsv mm Fd (cash equiv) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 792. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Buy (add'l) | 06/27/18 | J | | |
| 793. | | | | | Sold (part) | 02/06/18 | J | | |
| 794. | | | | | Sold | 12/07/18 | J | | |
| 795. Trust # 33 (H) | | | | | | | | | |
| 796. - Federated US Treas Cash Rsv mutual fd (cash equiv) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 797. - Federated Treasury Obliga - IS (cash equiv) | C | Dividend | | | Buy (add'l) | 03/19/18 | N | | |
| 798. | | | | | Buy (add'l) | 11/02/18 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 799. | | | | | Sold (part) | 05/23/18 | O | | |
| 800. | | | | | Sold | 12/07/18 | N | | |
| 801. - First Republic Bank, Bank account (cash account) (x) | A | Interest | N | T | Open | 12/07/18 | N | | |
| 802. - Interest in Trust # 35 | | None | P2 | T | | | | | |
| 803. Guesty Inc Ser A pfd stock | | None | K | T | | | | | |
| 804. HST Solar Farms Inc Ser A-2 Pfd (closely held) | | None | M | W | | | | | |
| 805. MFB Northern Funds US Govt money mkt (cash equiv) | | None | | | Distributed | 01/01/18 | K | | See Part VIII |
| 806. Castle Rock Colo Sales & Use Tax Rev municipal bds | | None | | | Distributed | 01/01/18 | M | | See Part VIII |
| 807. Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds | D | Interest | | | Distributed | 01/01/18 | N | | See Part VIII |
| 808. Minneapolis & St Paul MN Met Arpts Comm municipal bds | B | Interest | | | Distributed | 01/01/18 | M | | See Part VIII |
| 809. South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds | | None | | | Distributed | 01/01/18 | M | | See Part VIII |
| 810. Artemis R E Prtnrs Hlthcare Fd I LP (private equity) | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 811. Denham Oil & Gas Fd LP (private equity) | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 812. Graduate Syndicate Fund I LP (private equity) | | None | N | U | | | | | |
| 813. Hillhouse Fund III LP (private equity) | | None | | | Distributed | 01/01/18 | O | | See Part VIII |
| 814. Thorntree Capital Fund LP (private equity) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 815. FE Industrial Partners I LP (private equity) | | None | | | Distributed | 01/01/18 | M | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 816.   Blackstone Distressed Securites Fund LP<br>(private equity) | | None | J | U | | | | | |
| 817.   Semma Therapeutics Inc Ser B Pfd stock | | None | O | T | Buy<br>(add'l) | 12/31/18 | O | | |
| 818.   Venn 2014 LTD (private equity) | | None | M | W | | | | | |
| 819.   BURLINGTON CNTY N J FLTG RT 2.5%<br>01-15-2026 BEO | | None | | | Distributed | 01/02/18 | N | | See Part VIII |
| 820.   EAGLE RIV COLO WTR & SANTN<br>DIST ENTERPRISE WASTEWTR REV 5<br>12-01-2028 B | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 821.   Florida St Brd Ed Pub municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 822.   MARICOPA CNTY ARIZ SCH DIST NO<br>001 PHOENIX ELEM 5% 07-01-2026 BEO | D | Interest | | | Distributed | 01/02/18 | N | | See Part VIII |
| 823.   Massachusetts St Dev Fin Agy municipal<br>bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 824.   Odessa Tex Jr College municipal bds | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 825.   San Antonio Tex municipal bds | | None | | | Distributed | 01/02/18 | N | | See Part VIII |
| 826.   SPRINGFIELD MASS WTR & SWR<br>COMMN REV 5% 04-15-2026 BEO | | None | | | Distributed | 01/02/18 | M | | See Part VIII |
| 827.   Federated Treasury Obliga - IS (cash equiv) | G | Dividend | | | Buy<br>(add'l) | 01/10/18 | J | | |
| 828. | | | | | Buy<br>(add'l) | 01/17/18 | P1 | | |
| 829. | | | | | Buy<br>(add'l) | 01/29/18 | L | | |
| 830. | | | | | Buy<br>(add'l) | 02/02/18 | J | | |
| 831. | | | | | Buy<br>(add'l) | 02/05/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

SARIS, PATTI B.

04/05/2020

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 832. | | | | | Buy<br>(add'l) | 02/08/18 | J | | |
| 833. | | | | | Buy<br>(add'l) | 02/16/18 | K | | |
| 834. | | | | | Buy<br>(add'l) | 02/26/18 | L | | |
| 835. | | | | | Buy<br>(add'l) | 03/01/18 | J | | |
| 836. | | | | | Buy<br>(add'l) | 03/02/18 | J | | |
| 837. | | | | | Buy<br>(add'l) | 03/19/18 | K | | |
| 838. | | | | | Buy<br>(add'l) | 03/20/18 | J | | |
| 839. | | | | | Buy<br>(add'l) | 03/21/18 | K | | |
| 840. | | | | | Buy<br>(add'l) | 03/27/18 | J | | |
| 841. | | | | | Buy<br>(add'l) | 03/29/18 | O | | |
| 842. | | | | | Buy<br>(add'l) | 04/03/18 | O | | |
| 843. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 844. | | | | | Buy<br>(add'l) | 04/26/18 | K | | |
| 845. | | | | | Buy<br>(add'l) | 05/03/18 | J | | |
| 846. | | | | | Buy<br>(add'l) | 05/11/18 | J | | |
| 847. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 848. | | | | | Buy<br>(add'l) | 05/23/18 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | |

SARIS, PATTI B.

04/05/2020

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 849. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 850. | | | | | Buy (add'l) | 06/05/18 | N | | |
| 851. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 852. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 853. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 854. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 855. | | | | | Buy (add'l) | 06/29/18 | P1 | | |
| 856. | | | | | Buy (add'l) | 07/02/18 | P1 | | |
| 857. | | | | | Buy (add'l) | 07/11/18 | L | | |
| 858. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 859. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 860. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 861. | | | | | Buy (add'l) | 09/11/18 | K | | |
| 862. | | | | | Buy (add'l) | 09/12/18 | N | | |
| 863. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 864. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 865. | | | | | Buy (add'l) | 09/20/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

SARIS, PATTI B.

04/05/2020

Page 55 of 72

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 866. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 867. | | | | | Buy (add'l) | 09/28/18 | K | | |
| 868. | | | | | Buy (add'l) | 10/01/18 | O | | |
| 869. | | | | | Buy (add'l) | 10/02/18 | K | | |
| 870. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 871. | | | | | Buy (add'l) | 10/19/18 | K | | |
| 872. | | | | | Buy (add'l) | 10/26/18 | P1 | | |
| 873. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 874. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 875. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 876. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 877. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 878. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 879. | | | | | Buy (add'l) | 12/12/18 | O | | |
| 880. | | | | | Buy (add'l) | 12/13/18 | O | | |
| 881. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 882. | | | | | Sold (part) | 01/02/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

SARIS, PATTI B.

04/05/2020

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 883. | | | | | Sold (part) | 01/03/18 | J | | |
| 884. | | | | | Sold (part) | 01/04/18 | J | | |
| 885. | | | | | Sold (part) | 01/08/18 | J | | |
| 886. | | | | | Sold (part) | 01/09/18 | J | | |
| 887. | | | | | Sold (part) | 01/11/18 | J | | |
| 888. | | | | | Sold (part) | 01/12/18 | K | | |
| 889. | | | | | Sold (part) | 01/16/18 | J | | |
| 890. | | | | | Sold (part) | 01/18/18 | J | | |
| 891. | | | | | Sold (part) | 01/22/18 | J | | |
| 892. | | | | | Sold (part) | 01/23/18 | J | | |
| 893. | | | | | Sold (part) | 01/25/18 | J | | |
| 894. | | | | | Sold (part) | 01/30/18 | J | | |
| 895. | | | | | Sold (part) | 01/31/18 | J | | |
| 896. | | | | | Sold (part) | 02/01/18 | K | | |
| 897. | | | | | Sold (part) | 02/06/18 | J | | |
| 898. | | | | | Sold (part) | 02/08/18 | J | | |
| 899. | | | | | Sold (part) | 02/09/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 900. | | | | | Sold<br>(part) | 02/13/18 | J | | |
| 901. | | | | | Sold<br>(part) | 02/14/18 | J | | |
| 902. | | | | | Sold<br>(part) | 02/21/18 | J | | |
| 903. | | | | | Sold<br>(part) | 02/22/18 | K | | |
| 904. | | | | | Sold<br>(part) | 02/27/18 | J | | |
| 905. | | | | | Sold<br>(part) | 02/28/18 | J | | |
| 906. | | | | | Sold<br>(part) | 03/05/18 | J | | |
| 907. | | | | | Sold<br>(part) | 03/06/18 | J | | |
| 908. | | | | | Sold<br>(part) | 03/07/18 | K | | |
| 909. | | | | | Sold<br>(part) | 03/08/18 | J | | |
| 910. | | | | | Sold<br>(part) | 03/09/18 | K | | |
| 911. | | | | | Sold<br>(part) | 03/12/18 | J | | |
| 912. | | | | | Sold<br>(part) | 03/15/18 | J | | |
| 913. | | | | | Sold<br>(part) | 03/16/18 | J | | |
| 914. | | | | | Sold<br>(part) | 03/22/18 | K | | |
| 915. | | | | | Sold<br>(part) | 04/02/18 | K | | |
| 916. | | | | | Sold<br>(part) | 04/04/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 917. | | | | | Sold<br>(part) | 04/05/18 | K | | |
| 918. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 919. | | | | | Sold<br>(part) | 04/11/18 | K | | |
| 920. | | | | | Sold<br>(part) | 04/12/18 | J | | |
| 921. | | | | | Sold<br>(part) | 04/13/18 | P1 | | |
| 922. | | | | | Sold<br>(part) | 04/16/18 | P1 | | |
| 923. | | | | | Sold<br>(part) | 04/24/18 | J | | |
| 924. | | | | | Sold<br>(part) | 04/25/18 | J | | |
| 925. | | | | | Sold<br>(part) | 04/27/18 | J | | |
| 926. | | | | | Sold<br>(part) | 05/01/18 | K | | |
| 927. | | | | | Sold<br>(part) | 05/02/18 | J | | |
| 928. | | | | | Sold<br>(part) | 05/07/18 | J | | |
| 929. | | | | | Sold<br>(part) | 05/09/18 | K | | |
| 930. | | | | | Sold<br>(part) | 05/10/18 | J | | |
| 931. | | | | | Sold<br>(part) | 05/16/18 | K | | |
| 932. | | | | | Sold<br>(part) | 05/21/18 | J | | |
| 933. | | | | | Sold<br>(part) | 05/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 934. | | | | | Sold (part) | 05/25/18 | J | | |
| 935. | | | | | Sold (part) | 05/29/18 | J | | |
| 936. | | | | | Sold (part) | 05/30/18 | J | | |
| 937. | | | | | Sold (part) | 06/01/18 | J | | |
| 938. | | | | | Sold (part) | 06/06/18 | O | | |
| 939. | | | | | Sold (part) | 06/08/18 | J | | |
| 940. | | | | | Sold (part) | 06/11/18 | K | | |
| 941. | | | | | Sold (part) | 06/12/18 | J | | |
| 942. | | | | | Sold (part) | 06/14/18 | N | | |
| 943. | | | | | Sold (part) | 06/15/18 | J | | |
| 944. | | | | | Sold (part) | 06/18/18 | J | | |
| 945. | | | | | Sold (part) | 06/20/18 | J | | |
| 946. | | | | | Sold (part) | 06/27/18 | P1 | | |
| 947. | | | | | Sold (part) | 07/02/18 | J | | |
| 948. | | | | | Sold (part) | 07/03/18 | J | | |
| 949. | | | | | Sold (part) | 07/09/18 | J | | |
| 950. | | | | | Sold (part) | 07/10/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 951. | | | | | Sold (part) | 07/16/18 | J | | |
| 952. | | | | | Sold (part) | 07/17/18 | J | | |
| 953. | | | | | Sold (part) | 07/18/18 | J | | |
| 954. | | | | | Sold (part) | 07/19/18 | J | | |
| 955. | | | | | Sold (part) | 07/26/18 | J | | |
| 956. | | | | | Sold (part) | 07/27/18 | J | | |
| 957. | | | | | Sold (part) | 07/30/18 | J | | |
| 958. | | | | | Sold (part) | 07/31/18 | J | | |
| 959. | | | | | Sold (part) | 08/01/18 | K | | |
| 960. | | | | | Sold (part) | 08/06/18 | M | | |
| 961. | | | | | Sold (part) | 08/07/18 | J | | |
| 962. | | | | | Sold (part) | 08/09/18 | K | | |
| 963. | | | | | Sold (part) | 08/10/18 | K | | |
| 964. | | | | | Sold (part) | 08/13/18 | K | | |
| 965. | | | | | Sold (part) | 08/14/18 | J | | |
| 966. | | | | | Sold (part) | 08/16/18 | J | | |
| 967. | | | | | Sold (part) | 08/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 968. | | | | | Sold (part) | 08/24/18 | J | | |
| 969. | | | | | Sold (part) | 08/29/18 | J | | |
| 970. | | | | | Sold (part) | 08/29/18 | J | | |
| 971. | | | | | Sold (part) | 09/04/18 | P1 | | |
| 972. | | | | | Sold (part) | 09/07/18 | J | | |
| 973. | | | | | Sold (part) | 09/10/18 | J | | |
| 974. | | | | | Sold (part) | 09/13/18 | J | | |
| 975. | | | | | Sold (part) | 09/17/18 | J | | |
| 976. | | | | | Sold (part) | 09/24/18 | J | | |
| 977. | | | | | Sold (part) | 09/27/18 | J | | |
| 978. | | | | | Sold (part) | 09/28/18 | K | | |
| 979. | | | | | Sold (part) | 10/03/18 | K | | |
| 980. | | | | | Sold (part) | 10/05/18 | J | | |
| 981. | | | | | Sold (part) | 10/09/18 | K | | |
| 982. | | | | | Sold (part) | 10/10/18 | J | | |
| 983. | | | | | Sold (part) | 10/11/18 | J | | |
| 984. | | | | | Sold (part) | 10/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 985. | | | | | Sold (part) | 10/18/18 | J | | |
| 986. | | | | | Sold (part) | 10/29/18 | J | | |
| 987. | | | | | Sold (part) | 10/30/18 | J | | |
| 988. | | | | | Sold (part) | 11/01/18 | J | | |
| 989. | | | | | Sold (part) | 11/08/18 | J | | |
| 990. | | | | | Sold (part) | 10/09/18 | L | | |
| 991. | | | | | Sold (part) | 11/14/18 | K | | |
| 992. | | | | | Sold (part) | 11/21/18 | J | | |
| 993. | | | | | Sold (part) | 11/26/18 | J | | |
| 994. | | | | | Sold (part) | 11/27/18 | J | | |
| 995. | | | | | Sold (part) | 11/28/18 | J | | |
| 996. | | | | | Sold (part) | 11/29/18 | J | | |
| 997. | | | | | Sold (part) | 12/03/18 | K | | |
| 998. | | | | | Sold (part) | 12/07/18 | P2 | | |
| 999. | | | | | Sold (part) | 12/10/18 | K | | |
| 1000. | | | | | Sold (part) | 12/20/18 | M | | |
| 1001. | | | | | Sold (part) | 12/26/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1002. | | | | | Sold | 12/27/18 | J | | |
| 1003. Trust # 34 (H) | | | | | | | | | |
| 1004. - Int in MECM Assoc II LLC (privately held) | | None | | | Distributed | 01/01/18 | P1 | | See Part VIII |
| 1005. - Int in MECM Investment LLC (privately held) (x) | G | Distribution | P2 | W | Open | 01/01/18 | P2 | | |
| 1006. - Federated Treasury Obliga - IS (Cash equiv) (x) | B | Dividend | | | Buy (add'l) | 01/09/18 | J | | |
| 1007. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 1008. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 1009. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 1010. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 1011. | | | | | Buy (add'l) | 06/05/18 | M | | |
| 1012. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 1013. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 1014. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 1015. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 1016. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 1017. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 1018. | | | | | Buy (add'l) | 08/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1019. | | | | | Buy (add'l) | 09/12/18 | M | | |
| 1020. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 1021. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 1022. | | | | | Buy (add'l) | 09/28/18 | L | | |
| 1023. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 1024. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 1025. | | | | | Sold (part) | 01/29/18 | J | | |
| 1026. | | | | | Sold (part) | 03/20/18 | J | | |
| 1027. | | | | | Sold (part) | 04/03/18 | J | | |
| 1028. | | | | | Sold (part) | 04/10/18 | J | | |
| 1029. | | | | | Sold (part) | 06/18/18 | J | | |
| 1030. | | | | | Sold (part) | 06/20/18 | J | | |
| 1031. | | | | | Sold (part) | 06/22/18 | J | | |
| 1032. | | | | | Sold (part) | 08/08/18 | J | | |
| 1033. | | | | | Sold (part) | 09/14/18 | J | | |
| 1034. | | | | | Sold (part) | 09/19/18 | J | | |
| 1035. | | | | | Sold (part) | 10/01/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1036. | | | | | Sold | 12/07/18 | N | | |
| 1037. - Federated U S Treas Cash Rsv mm Fd (Cash equiv) (x) | | None | | | Open | 01/05/18 | J | | |
| 1038. | | | | | Sold | 01/09/18 | J | | |
| 1039. - First Republic Bank, Bank account (cash account) (x) | A | Interest | N | T | Open | 12/07/18 | N | | |
| 1040. Trust # 35 (H) | | | | | | | | | |
| 1041. - Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | | | | | |
| 1042. - Federated Treasury Obliga - IS (Cash equiv) (x) | B | Dividend | | | Buy | 09/19/18 | N | | |
| 1043. | | | | | Sold | 11/02/18 | N | | |
| 1044. - Federated U S Treas Cash Rsv mm Fd (Cash equiv) (x) | A | Dividend | | | Buy | 03/16/18 | N | | |
| 1045. | | | | | Sold | 03/20/18 | N | | |
| 1046. - First Republic Bank, Bank account (cash account) (x) | A | Interest | J | T | Open | 12/07/18 | J | | |
| 1047. Trust #36 (H) (x) | | | | | | | | | |
| 1048. - Int in MECM Investments, LLC Interest (x) | | None | P3 | W | Open | 12/31/18 | P3 | | |
| 1049. UBS FDIC Insured Dep PGM (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1050. GE Capital Fin Inc UT US 3.5% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1051. Goldman Sachs Bank NY US 2.9% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1052. Goldman Sachs Bank NY US 2.75% (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1053. GE Cap Retail Bnk UT US 2.8% (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1054. GE Cap Retail Bnk UT US 2.65% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1055. GE Cap Retail Bnk UT US 2.45% (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1056. Mass WTR Polltn 5.25% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1057. MFS Inter Income 9.71% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1058. John Hancock Income 3.27% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1059. UBS Bank USA Dep Acct (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1060. Goldman Sachs BK U NY 3.1% (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1061. Discover Bank De US 2.85 (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1062. BMO Harris BK Natl 2.25 (x) | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1063. Principal Investors Pref | | None | K | T | Open | 12/27/18 | K | | See Part VIII |
| 1064. Fidelity Institutional MM (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1065. Disney Walt co (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1066. ADP (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1067. Fiserv Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1068. Abbott Labs (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1069. Illumina Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1070. Johnson & Johnson (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1071. Alphabet Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1072. Analog Devices Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1073. Apple Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1074. Xilinx Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1075. JM Sucker Company (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1076. Canadian National Railway (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1077. Halma PLC (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1078. Kerry Group PLC (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1079. Koninklijke DSM (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1080. L'Oreal (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1081. Nestle (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1082. Novartis AG (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1083. Novozymes (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1084. Panasonic Corp (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1085. Unilever PLC (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1086. Aptar Group (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SARIS, PATTI B.** | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1087. Rockwell Auto (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1088. Waste MGMT (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1089. Xylem Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1090. Danaher Corp (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1091. Stryker Corp (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1092. Marketaxess Holdings (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1093. Mastercard (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1094. Paypal Holdings (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1095. New York Times (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1096. CVS Health (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1097. IPG Photonics (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1098. Nike (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1099. Church & Dwight Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1100. Salesforce Inc (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1101. MA St Dev Fin 5% Agy (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1102. MA St DTD 5% (x) | | None | J | T | Type | 12/27/18 | J | | See Part VIII |
| 1103. MA St DTD 4% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1104. MA St DTD 5.25% 2021 (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1105. MA St DTD 5.25% 2019 (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1106. MA St Health & Edl 6.25% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1107. MA St Wtr Res 5.5% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1108. United States Treas Nts .875% (x) | | None | J | T | Open | 12/27/18 | J | | See Part VIII |
| 1109. Graduate Syndicate Fund 2 LP (x) | | None | M | U | Buy | 09/28/18 | M | | |
| 1110. NREP NSF III InvestCo 66 AS (x) | | None | K | W | Buy | 03/18/18 | K | | |
| 1111. Proclara Biosciences Inc Ser F PFD (x) | | None | J | W | Buy | 11/28/18 | J | | |
| 1112. MECM Investments, LLC interest (x) | H1 | Distribution | P2 | W | Open | 01/01/18 | P3 | | |
| 1113. | | | | | Distributed (part) | 12/31/18 | P3 | | See Part VIII |
| 1114. MECM Investments, LLC interest (x) | G | Distribution | P1 | W | Open | 01/01/18 | P1 | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 04/05/2020 |

SARIS, PATTI B.

04/05/2020

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A. Reference is made to Trust #4 of which ▓▓▓ is a co-trustee. NOTE: All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A. Items listed on calendar year 2017 Financial Disclosure Report (FDR) and excluded for calendar year 2018 do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

Item 8: Independent Franchise Partners US Eq Fd - There was no reportable gain on the sale.
Item 51: The life insurance policy currently held at Britehouse Life was previously held with Met Life.
Item 58: Tucker Anthony Private Equity Fund IV - There was no reportable gain on Sale
Item 76: Orion European Real Estate Fd II, C.V., LP - This asset was distributed to MECM Investments LLC, see Item 605.
Item 134: Lime Rock Partners IV LP (combined) (private equities) - This asset was distributed to MECM Investments LLC, see Item 598.
Item 137: Polaris Vent Part Entrep Fd V LP - This asset was distributed to MECM Investments LLC, see Item 619.
Item 139: Minnesota Pub Facs Auth Clean Wtr municipal bds - This asset was distributed to MECM Investments LLC, see Item 642. This asset was labeled incorrectly as Minneapolis, MN Municipal bds on item 98 of the 2017 FDR.
Item 140: University Idaho Municipal bds - There was no reportable gain on the redemption.
Item 143: Hephaestion II LP priv eq - This asset was distributed to MECM Investments LLC, see Item 575.
Item 144: Hephaestion Retail LP priv eq - This asset was distributed to MECM Investments LLC, see Item 581.
Item 147: Int in MECM Assoc II LLC (privately held) - See item numbers 589 thru 595 for MECM Associates II, LLC assets and distributions.
Item 222: Liveprocess Corp Ser A pfd stock - The asset name was corrected for the misspelling of "Corp" (Previously reported as Crop).
Item 225: Elliott Associates, LP - This asset was distributed to MECM Investments LLC, see Item 542.
Item 226: Lime Rock Partners V, LP combined - This asset was distributed to MECM Investments LLC, see Item 557.
Item 229: Abrams Capital Partners II LP - This asset was distributed to MECM Investments LLC, see Item 537.
Item 230: Baupost Value Partners LP II - This asset was distributed to MECM Investments LLC, see Item 536.
Item 231: Kensico Associates LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 554.
Item 233: PAR Investment Partners LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 565.
Item 234: Kabouter International Opportunities Fd II LLC (private equity) - This asset was distributed to MECM Investments LLC, see Item 553.
Item 235: Advent International GPE VIII-B LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 538.
Item 237: Berkeley Cty SC Municipal bd) - This asset was distributed to MECM Investments LLC, see Item 305.
Item 238: Hawaii St Municipal Bds - This asset was distributed to MECM Investments LLC, see Item 346.
Item 239: Chatham Cty GA Municipal Bds - This asset was distributed to MECM Investments LLC, see Item 307.
Item 240: MA St College Bds Municipal Bds - This asset was distributed to MECM Investments LLC, see Item 573.
Item 299: CX Partners Fd Limited (private eq) - his asset was distributed to MECM Investments LLC, see Item 540.
Item 300: Hephaestion III LP - his asset was distributed to MECM Investments LLC, see Item 545.
Item 301: Orion European Real Estate Fd III CV (priv eq) - This asset was distributed to MECM Investments LLC, see Item 562.
Item 305: Berkeley Cty SC Municipal Bds - There was no reportable gain on redemption.
Item 306: Int in MECM Associates II LLC (privately held) - See item numbers 589 thru 595 for MECM Associates II, LLC assets and distributions.
Item 310 to 312: Buckeye Partners LP, PTP - There was no reportable gain on these sales.
Item 318 to 319 :Williams Partners LP - There was no reportable gain on these sales.
Item 323 and 325: Energy Transfer equity LP - There was no reportable gain on these sales.
Item 327: Enterprise Prods Partners LP - There was no reportable gain on the sale.
Item 336 and 338: Plains All American Pipeline LP - There was no reportable gain on these sales.
Item 339 to 342: Spectra Energy Partners LP - There was no reportable gain on these sales.
Item 343 to 344: Western Gas Partners LP - There was no reportable gain on these sales.
Item 350: Energy Northwest WA Elec Rev municipal bds - There is no reportable gain on the sale.
Item 355 to 358: Andeavor Logistics LP - There was no reportable gain on these sales.
Item 361: MPLX LP - There was no reportable gain on the sale.
Item 368 and 370: EQT Midstream Partners, LP - There was no reportable gain on these sales.
Item 379 to 381: Genesis Energy LP - There was no reportable gain on these sales.
Item 385: Phillips 66 Partners LP - There is no reportable gain on the sale.
Item 388: Valero Energy Partners LP - There is no reportable gain on the sale.
Item 393 to 394: Antero Midstream Partners LP - There was no reportable gain on these sales.
Item 396 to 398: Dominion Energy Midstream Partners LP - There is no reportable gain on these sales.
Item 400 to 403: Shell Midstream Partners LP - There is no reportable gain on these sales.
Item 404: FORSYTH CNTY GA 5% 03-01-2024 BEO - There is no reportable gain on the sale.
Item 406: MARYLAND ST 5% 08-01-2025 BEO - There is no reportable gain on the sale.
Item 408 to 409: EQT GP Holding LP - There was no reportable gain on these sales.
Item 410 to 412: Targa Resources Corp - There is no reportable gain on these sales.
Item 415 to 416: Energy Transfer Partners LP - There is no reportable gain on these sales.
Item 419 to 421: Tallgrass Energy Partners LP - There is no reportable gain on these sales.
Item 422: Tallgrass Energy GP LP - There is no reportable gain on the sale.

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 04/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 428: Kildare European Partners I, LP (private equity) - This asset is a duplicate from the prior year disclosure, see item number 755.   Please see the correct item 490.  Item 428 will be removed on next year's report.

Item 459 to 460: Antero Midstream Group LP - There was no reportable gain on these sales.

Item 589: Baupost Value Partners LP II - This asset was distributed to MECM Investments LLC, see Item 536:

Item 590: Elliott Associates, LP - This asset was distributed to MECM Investments LLC, see Item 542:

Item 591: HighVista I LP - This asset was distributed to MECM Investments LLC, see Item 548:

Item 592: Penta Asia Long Short Fund LTD - This asset was distributed to MECM Investments LLC, see Item 566:

Item 593: X Investment Holdings co Ltd LP - This asset was distributed to MECM Investments LLC, see Item 572:

Item 595: Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd - This asset was distributed to MECM Investments LLC, see Item 571.

Item 603: CHARLESTON CNTY S C 5% 11-01-2021 BEO - This asset was distributed to MECM Investments LLC, see Item 349.

Item 604: Energy Northwest WA Elec Rev municipal bds - This asset was distributed to MECM Investments LLC, see Item 350.

Item 605: MA St Sch Bldg municipal bds - This asset was distributed to MECM Investments LLC, see Item 377.

Item 606: MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO - This asset was distributed to MECM Investments LLC, see Item 574.

Item 607: OREGON ST 5% 12-01-2020 BEO - This asset was distributed to MECM Investments LLC, see Item 575.

Item 608: Artemis Real Est Partners Fd I (NR) LP -This asset was distributed to MECM Investments LLC, see Item 534.

Item 612: PS Opportunities Onshore LP (priv equity) - This asset was distributed to MECM Investments LLC, see Item 354.

Item 617: Hephaestion IV LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 546.

Item 618: MECM Assoc LLC (privately held) - See item numbers 229 thru 236 for all of MECM Assoc LLC's assets and distributions.  All MECM Assoc LLC's assets were distributed to MECM Investments, LLC, see items 473, 474, 536 thru 538, 553, 554 and 565.

Item 619: Independent Franchise Partners US Eq Fd - This asset was distributed to MECM Investments LLC, see Item 551.

Item 722: Hephaestion IV LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 546.

Item 725: Tekne Partners, LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 569.

Item 726: Metropolican St Louis, MO municipal fd - This asset was distributed to MECM Investments LLC, see Item 576.

Item 727: PA Econ Dev Fing Auth municipal bds - This asset was distributed to MECM Investments LLC, see Item 375.

Item 766: University Utah University Revs municipal bds - This asset was distributed to MECM Investments LLC, see Item 376.

Item 767: Acacia Conservation Fund LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 532.

Item 769: Innovation works Development Fd II, LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 552.

Item 770: Kensico Associates LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 554.

Item 774: Morehead St Univ KY municipal bds - This asset was distributed to MECM Investments LLC, see Item 389.

Item 775: Stratford CT municipal bds - This asset was distributed to MECM Investments LLC, see Item 390.

Item 776: Artemis Real Est Partnrs Fd II LP - This asset was distributed to MECM Investments LLC, see Item 535.

Item 778: Orion European Real Estate Fd IV CV (private eq) - This asset was distributed to MECM Investments LLC, see Item 563.

Item 779: Local Motors Inc Ser B-1 pfd (closely held) - The asset name was corrected for the misspelling of "Motors"  (Previously reported as Morots).

Item 785: Forsyth Cnty GA municipal bds - This asset was distributed to MECM Investments LLC, see Item 404.

Item 786: MARYLAND ST 5% 08-01-2025 BEO - This asset was distributed to MECM Investments LLC, see Item 406.

Item 787: Franklin IND Cmonty Sch Bldg municipal bds - This asset was distributed to MECM Investments LLC, see Item 405.

Item 805: MFB Northern Funds US Govt money mkt (cash equiv) - This asset was distributed to MECM Investments LLC, see Item 425.

Item 806: Castle Rock Colo Sales & Use Tax Rev municipal bds - This asset was distributed to MECM Investments LLC, see Item 577.

Item 807: Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds - This asset was distributed to MECM Investments LLC, see Item 578.

Item 808: Minneapolis & St Paul MN Met Arpts Comm municipal bds - This asset was distributed to MECM Investments LLC, see Item 582.

Item 809: South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds - This asset was distributed to MECM Investments LLC, see Item 585.

Item 810: Artemis R E Prtnrs Hlthcare Fd I LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 533.

Item 811: Denham Oil & Gas Fd LP (private equity) - This asset was distributed to MECM Investments LLC, see Item 541.

Item 813: Hillhouse Fund III LP  (private equity) - This asset was distributed to MECM Investments LLC, see Item 549.

Item 814: Thorntree Capital Fund LP - This asset was distributed to MECM Investments LLC, see Item 570.

Item 815: FE Industrial Partners I LP - This asset was distributed to MECM Investments LLC, see Item 543.

Item 819: BURLINGTON CNTY N J FLTG RT 2.5% 01-15-2026 BEO - This asset was distributed to MECM Investments LLC, see Item 467.

Item 820: EAGLE RIV COLO WTR & SANTN DIST ENTERPRISE WASTEWTR REV 5 12-01-2028 BEO - This asset was distributed to MECM Investments LLC, see Item 579.

Item 821: Florida St Brd Ed Pub municipal bds - This asset was distributed to MECM Investments LLC, see Item 580.

Item 822: MARICOPA CNTY ARIZ SCH DIST NO 001 PHOENIX ELEM 5% 07-01-2026 BEO - This asset was distributed to MECM Investments LLC, see Item 468.

Item 823: Massachusetts St Dev Fin Agy municipal bds - This asset was distributed to MECM Investments LLC, see Item 347.

Item 824: Odessa Tex Jr College municipal bds - This asset was distributed to MECM Investments LLC, see Item 469.

Item 825: SAN ANTONIO TEX WTR REV 5% 05-15-2026 BEO - This asset was distributed to MECM Investments LLC, see Item 470.

Item 826: SPRINGFIELD MASS WTR & SWR COMMN REV 5% 04-15-2026 BEO - This asset was distributed to MECM Investments LLC, see Item 471.

Item 1004: Int in MECM Assoc II LLC (privately held) - See item numbers 589 thru 595 for MECM Associates II, LLC assets and distributions.

Item 1049 to 1108: All assets listed were inherited from a family members trust.  The amounts listed represent 1/3 of the total value which is the receeipient's allocable share.

Item 1113: MECM Investments, LLC interest - This asset was distributed to MECM Investments LLC, under Trust #36, see Item 1048.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 72 of 72 | SARIS, PATTI B. | 04/05/2020 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544